# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:19-CR-220 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **BARRY LEE HOLLAND,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 25th day of August, 2020, upon consideration of defendant's motion (Doc. 43) to suppress evidence, and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that the motion is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania